ANTHONY A. HOFFMANN, Respondent, v. JAMES A. COFFIN, Appellant.— Defendant in an action for libel appeals from an order striking from the amended answer a defense of truth and justification. Order, in so far as appealed from, reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The motion was made on the ground that the defense is insufficient in law, and was granted on the ground that the defense is not as broad as the charge. The defense pleads justification of each part of the charge, and is, therefore, as broad as the charge. (*Sherman* v. *International Publications, Inc.*, 214 App. Div. 437, 444.) For the purposes of the motion, plaintiff admits that he committed income tax frauds; and defendant's reference to him as " this thief " was qualified and explained and, therefore, raised a question of fact for the jury as to the meaning to be given to those words in the circumstances. (*Hayes* v. *Ball*, 72 N. Y. 418, 420; *Cafferty* v. *Southern Tier Publishing Co.*, 226 id. 87, 93; *Morrison* v. *Smith*, 177 id. 366, 369; Seelman, Law of Libel and Slander, ¶ 166, p. 142.) The defense as pleaded is sufficient. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.

ESTHER HYMAN, as Administratrix of the Estate of GLORIA HYMAN, Deceased, Appellant, Respondent, v. THE CITY OF NEW YORK and NEW YORK CITY INTERBOROUGH RAILWAY COMPANY, Respondents, Appellants.— In an action to recover for the death of plaintiff's intestate, a girl nearly thirteen years of age, who was struck by defendant railway company's trolley car in a street underpass constructed and maintained by defendant City of New York, judgment was entered on the verdict of a jury in favor of plaintiff. Plaintiff appeals from so much of the judgment as contains the amount of the award, and from the order denying her motion to set aside the verdict on the ground of inadequacy. Defendants appeal from the judgment and the order denying their motions to set the verdict aside. The judgment and order denying motions to set aside the verdict are reversed on the facts and a new trial granted, with costs to plaintiff to abide the event, unless within twenty days from the entry of the order hereon defendants stipulate to increase the verdict to the sum of $5,000, in which event the judgment, as so increased, is unanimously affirmed, without costs, and the appeal from the order is dismissed, without costs. The amount of the verdict was inadequate. On a new trial, if one be had, the claimed error in receiving the testimony of physical changes made after the accident will not be repeated. Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ., concur.